WILLIAM G. DONOVAN, Respondent, v. EDWARD F. CAMPION, Appellant.—Order unanimously affirmed, with ten dollars costs and disbursements.

HYMAN GREENSPAN and Others, Respondents, v. FRANK YAPLE and ELLEN YAPLE, Appellants.— Motion granted, unless within thirty days appellants perfect papers on appeal and pay ten dollars costs of this motion; in which case motion is denied, without costs; otherwise, respondents may enter an order dismissing appeal, without notice.

MAE E. MOORE, Respondent, v. GILMAN P. TIFFANY, Appellant.—Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. ANNA SCHUPBACH, Widow, Respondent, on Behalf of Herself and Children, on Account of the Death of FREDERICK SCHUPBACH, v. SIMON ZINN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARTIN SCHIFTER, Respondent, v. SIEGEL BROS. & GOODMAN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by Mrs. KATE ENGLAND, Widow, Respondent, on Account of the Death of STEPHEN E. ENGLAND, v. MILES ENGRAVING COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARYA POZONDKOWSKI, Appellant, for Compensation for Herself and Infant for the Death of ANTHONY POZONDKOWSKI, Deceased, under the Workmen's Compensation Law, v. TOTTENVILLE COPPER COMPANY, Employer, Respondent.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of KATHERINE KLINGER, Respondent, for Compensation under the Workmen's Compensation Law, v. HAROLD B. PARKER, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EZRA D. HOFFMAN, SR., Respondent, for Compensation, on Account of the Death of KATHERINE HOFFMAN, v. ELMER E. MEGAW, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.